No. 80–1368. MISSOURI *v.* BROWN; MISSOURI *v.* COLLINS; MISSOURI *v.* GREER; MISSOURI *v.* HAWKINS; and MISSOURI *v.* MARTIN. Ct. App. Mo., Western Dist. Motions of respondents for leave to proceed *in forma pauperis* and certiorari

granted. Judgments vacated and cases remanded for further consideration in light of *Albernaz* v. *United States, ante,* p. 333. JUSTICE STEWART, JUSTICE MARSHALL, and JUSTICE STEVENS dissent. Reported below: 607 S. W. 2d 801 (first case); 607 S. W. 2d 781 (second case); 609 S. W. 2d 423 (third case); 608 S. W. 2d 496 (fourth case); 610 S. W. 2d 18 (fifth case).